D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NEW FALLS CORP.,

                Plaintiff,

-against-

RANMARINE J. LALL,

                Defendant.
------------------------------------------------------------------X

**ORDER**

**09-CV-4809 (NGG) (RER)**

NICHOLAS G. GARAUFIS, United States District Judge.

Plaintiff New Falls Corp. ("New Falls") brings this action against Defendant Ranmarine J. Lall ("Lall") for breach of two home equity loan agreements (the "Loan Agreements"). The court granted New Falls' motion for summary judgment on May 18, 2010, and referred the matter to Magistrate Judge Ramon E. Reyes, Jr. for an inquest on damages. (Docket Entry # 25.) On September 14, 2010, Judge Reyes recommended "that judgment be entered against Lall in the amount of $149,472.39, a total of $109,903.20 in damages, $29,580.74 in interest, $9,988.45 in attorneys' fees and costs, plus interest of $29.76 per diem from 6/10/2010 through the date of entry of final judgment." (Report and Recommendation ("R & R") (Docket Entry # 31) at 1.)

No party has objected to Judge Reyes's R & R, and the time to do so has passed. See Fed. R. Civ. P. 72(b)(2). Having reviewed Judge Reyes's thorough and well-reasoned R & R and the record for clear error and finding none, the court adopts the R & R in its entirety. See, e.g., Gesualdi v. Mack Excavation & Trailer Service, Inc., No. 09-CV-2502 (KAM)(JO), 2010 WL 985294, at *1 (E.D.N.Y. Mar. 15, 2010) ("Where no objection to the Report and Recommendation has been filed, the district court need only satisfy itself that that there is no clear error on the face of the record.") (quotation omitted). Accordingly, the court awards New Falls $149,472.39, plus an additional $29.76 in interest per day from June 10, 2010 through the

1

entry of final judgment under the terms of the Loan Agreements, and post-judgment interest from the date of judgment under 28 U.S.C. § 1961. The Clerk of Court shall enter judgment in accordance with this Order and shall close the case.

SO ORDERED.

s/Nicholas G. Garaufis

Dated: Brooklyn, New York
     November 2, 2010

NICHOLAS G. GARAUFIS
United States District Judge